UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SCHAARON MARTIN,

        Plaintiff,

v.

                              **ORDER**
                              Civil File No. 14-08 (MJD/SER)

STATE OF MINNESOTA and
CITY OF MINNEAPOLIS,

        Defendants.

_____

Schaaron Martin, pro se.

Defendants have not yet answered.

_____

      This matter is before the Court on Plaintiff Schaaron Martin's Motion for Emergency to Have Case Heard as Soon as Possible [Docket No. 12], filed March 14, 2014. Defendants have not yet answered Plaintiff's Amended Complaint [Docket No. 11] in this matter, and Plaintiff has not provided an appropriate legal basis for the current motion.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Emergency to Have Case Heard As Soon As Possible [Docket No. 12] is **DENIED**.

Dated:   April 22, 2014                                         s/ Michael J. Davis
                                                                               Michael J. Davis
                                                                               Chief Judge
                                                                               United States District Court